No. 10–10031. RANSTROM *v.* ELDRIDGE CONSTRUCTION, INC., ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 10–10032. MOSBY *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–10034. CHRISTIAN *v.* FRANK BOMMARITO OLDSMOBILE, INC., DBA BOMMARITO INFINITY. C. A. 8th Cir. Certiorari denied.

No. 10–10035. CARRODINE *v.* MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–10036. GEVARA, AKA GALEAS *v.* BENNETT ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10037. GEVARA *v.* HUBBARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10038. GEVARA, AKA GALEAS *v.* KELLER, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10040. GONZALES *v.* ROMANOWSKI, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–10044. HENDRICKS *v.* COHEN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–10045. HENDRICKS *v.* WILSON, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–10052. SHELTON *v.* BANKS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–10069. JONES *v.* HARMON. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 10–10070. SCHMIDT *v.* WARWICK PUBLIC SCHOOL DISTRICT #29 ET AL. Sup. Ct. N. D. Certiorari denied.

No. 10–10071. ALLEN *v.* MASSACHUSETTS. Super. Ct. Mass., Essex County. Certiorari denied.